No. 635. SOUTHERN RAILWAY COMPANY, PETITIONER, *v.* HUBBARD BROTHERS & Co. March 25, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. W. A. Henderson, Mr. Caruthers Ewing* and *Mr. Alfred P. Thom* for petitioner. No appearance for respondent.

No. 636. W. KELSEY KURTZ, PETITIONER, *v.* ARTHUR K. BROWN, SURVIVING RECEIVER, ETC. April 8, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. Rudolph M. Schick* for petitioner. *Mr. Reynolds D. Brown, Mr. Malcolm Lloyd, Jr.,* and *Mr. Charles H. Burr* for respondent.

No. 646. ELIZABETH J. WARD, PETITIONER, *v.* DAMPSKIBS-SELSKABET KJOEBENHAVN. April 8, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. Frank R. Savidge* for petitioner. *Mr. J. Parker Kirlin* and *Mr. C. R. Hickox* for respondent.

No. 663. SMOKELESS FUEL COMPANY, PETITIONER, *v.* SAMUEL H. COTTRELL & SON. April 8, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Alexander H. Sands* for petitioner. *Mr. Henry R. Pollard* for respondents.